UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JENA BAND OF CHOCTAW
INDIANS, ET AL.

CIVIL ACTION NO. 98-CV-0829

-vs-

JUDGE LITTLE

TRI-MILLENNIUM CORPORATION, INC., ET AL.

## JUDGMENT

For the reasons stated in the court's Memorandum Ruling entered on this day and for the reasons stated in the court's Ruling of 16 December 1998, Defendants' motions for dismissal are GRANTED to the extent that Plaintiffs' cause of action seeking a declaration that the state court is without subject matter jurisdiction and the related request that we dissolve the state court's preliminary injunction are DISMISSED WITH PREJUDICE. Furthermore, it is ORDERED that this matter be STAYED pending the state court's determination of the validity of the Development Agreements. In all other respects, Defendants' motions are DENIED.

Alexandria, Louisiana

22 July 2005

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE